AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

TESORO ZEPEDA DUARTE,

        Plaintiff,

        v.

STATE OF WASHINGTON, et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-205-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment is Granted pursuant to the order entered on September 7, 2010, Ct. Rec. 42. The Plaintiff's complaint and the claims therein are dismissed with prejudice.

September 7, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Shirley Peters
*(By) Deputy Clerk*
Shirley Peters